# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-01-00488-CV

**Kimberly J. Reynolds, Appellant**

**v.**

**Kenneth James Reynolds, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
### NO. FM002304, HONORABLE JOHN HATHAWAY, JUDGE PRESIDING

On June 1, 2001, Kimberly J. Reynolds filed a notice of appeal. She did not pay the necessary filing fees for the appeal, nor did she make payment arrangements for the record. In her notice of appeal, she stated, "I have no money." By letter of September 19, 2001, this Court notified appellant that she needed to amend her notice of appeal to include a proper affidavit of indigence. Tex. R. App. P. 20 (requirements of affidavit of indigence); *see In re J.W.*, 52 S.W.3d 730, 733 (Tex. 2001) (court should give opportunity to amend defective document before dismissing). The letter set a deadline of October 1, 2001, and informed appellant that if she did not either file a proper affidavit or pay the necessary fees, the appeal would be dismissed. To date, appellant has not responded.

Accordingly, we dismiss the appeal.  Tex. R. App. P. 42.3(b), (c).

_____

Bea Ann Smith, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Puryear

Dismissed for Want of Prosecution

Filed:   December 6, 2001

Do Not Publish